IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.183.156.99

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/02/2018 04:16:01 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 08/06/2018 00:36:11 | AAC8B3DE00CA39B816E66C843304FCD30B02945B | Young 18 Year Old Couple in Hot Summer Sex |
| 05/28/2018 22:07:28 | 1A9D4E8C411AFD56DEA2EDF8D436529088D11C22 | Purely Perfect Pink |
| 05/24/2018 00:56:26 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 02/09/2018 03:51:35 | E29D753F860FE87DDE8DBB0E09FAEDF14208095D | Deeper and Deeper |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX221