United States District Court
Southern District of Texas
**ENTERED**
July 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No.4:18-cv-04402 |
| v. | ) |
| ANTHONY SHADE | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

In accordance with the plaintiff's Notice of Dismissal With Prejudice, (Docket Entry No. 23), this action is dismissed with prejudice.

SIGNED on the 11th day of July, 2019.

_Lee H. Rosenthal_
**Lee H. Rosenthal**
**UNITED STATES DISTRICT JUDGE**

1